IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02244-EWN

LOWER ARKANSAS VALLEY WATER CONSERVANCY DISTRICT,
a quasi-municipal corporation and political subdivision of the State of Colorado,

    Plaintiff,

v.

UNITED STATES OF AMERICA;
DIRK KEMPTHORNE, Secretary of the Interior, in his official capacity;
ROBERT W. JOHNSON, Commissioner, Bureau of Reclamation, in his official capacity;
MICHAEL J. RYAN, Regional Director, Bureau of Reclamation, in his official capacity; and
U.S. BUREAU OF RECLAMATION, a federal agency,

    Defendants.

CITY OF AURORA, acting by and through its Utility Enterprise,

    Defendant-Intervenor.

## ORDER GRANTING THE CITY OF AURORA'S
## UNOPPOSED MOTION TO INTERVENE

This matter came before the Court pursuant to an Unopposed Motion to Intervene filed by the City of Aurora. The Unopposed Motion was supported by points and authorities as well as a Stipulation Re: City of Aurora's Intervention, stipulating to the City of Aurora's intervention, executed by all Parties hereto. Based upon those filings, the Court finds, as follows:

    1.    The City of Aurora has entered into a contract with the United States Bureau of Reclamation for utilization of the United States' Fryingpan-Arkansas Project facilities. That contract and associated actions by the Federal Defendants are the subject of this litigation.

2. The City of Aurora, as a party to the challenged contract, has a direct, substantial and legally protectable interest in this litigation.

3. Disposition of this action may, as a practical matter, affect the City of Aurora's ability to protect its interests in the contract.

4. Neither the Federal Defendants nor the Plaintiff in this action has identical interests with the City of Aurora and, as a consequence, only the City of Aurora can adequately represent and protect its interests in the challenged contract.

5. The City of Aurora's intervention will not adversely prejudice any of the Parties to this litigation who have, indeed, stipulated to the City of Aurora's intervention.

Accordingly, based upon all of the above and good cause appearing, IT IS HEREBY ORDERED that:

1. The City of Aurora's intervention is hereby granted, as of right, pursuant to Federal Rule of Civil Procedure 24(a)(2).

2. The City of Aurora's answer shall be filed not later than the date upon which the Federal Defendants file their answer.

Dated: December 11, 2007        s/ Edward W. Nottingham
                                CHIEF UNITED STATES DISTRICT JUDGE