IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–02244–EWN–MEH

LOWER ARKNASAS VALLEY WATER
CONSERVANCY DISTRICT, a quasi-municipal
corporation and political subdivision of the State of
Colorado,

    Plaintiff,

v.

UNITED STATES OF AMERICA;
DIRK KEMPTHONE, Secretary of the Interior, in his
official capacity;
ROBERT W. JOHNSON, Commissioner, Bureau of
Reclamation, in his official capacity;
MICHAEL J. RYAN, Regional Director, Bureau of
Reclamation, in his official capacity; and
U.S. BUREAU OF RECLAMATION, a federal agency,

    Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

Upon the unequivocal representation that the United States and the City of Aurora oppose Arkansas Native's motion to intervene (#24), it is ordered that the motion for reconsideration (#37)is GRANTED. The order denying the motion to intervene (#35) is VACATED. Defendants shall respond to the motion to intervene as provided in the local rules.

Dated: January 28, 2008