IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02244-EWN-MEH

LOWER ARKANSAS VALLEY WATER CONSERVANCY DISTRICT, a quasi-municipal corporation and political subdivision of the State of Colorado,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
DIRK KEMPTHORNE, Secretary of the Interior, in his official capacity,
ROBERT W. JOHNSON, Commissioner, Bureau of Reclamation, in his official capacity,
MICHAEL J. RYAN, Regional Director, Bureau of Reclamation, in his official capacity, and
UNITED STATES BUREAU OF RECLAMATION,

    Defendants, and

CITY OF AURORA,

    Intervenor-Defendant..

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 3, 2008.**

    Plaintiff's First Motion to Amend Complaint for Declaratory and Injunctive Relief [filed March 24, 2008; doc #48] is **denied as moot**. As Plaintiff correctly asserts, pursuant to Fed. R. Civ. P. 15(a)(1)(A), "a party may amend its pleading once as a matter of course before being served with a responsive pleading," without leave of court. Plaintiff may file its First Amended Complaint for Declaratory and Injunctive Relief in accordance with D.C. Colo. LCivR 10.1E and all other applicable rules.