IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02244-EWN-MEH

LOWER ARKANSAS VALLEY WATER CONSERVANCY DISTRICT, a quasi-municipal corporation and political subdivision of the State of Colorado,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
DIRK KEMPTHORNE, Secretary of the Interior, in his official capacity,
ROBERT W. JOHNSON, Commissioner, Bureau of Reclamation, in his official capacity,
MICHAEL J. RYAN, Regional Director, Bureau of Reclamation, in his official capacity, and
UNITED STATES BUREAU OF RECLAMATION,

    Defendants, and

CITY OF AURORA,

    Intervenor-Defendant..

---

## RECOMMENDATION CONCERNING SCHEDULING

**Michael E. Hegarty, United States Magistrate Judge.**

The above captioned case was referred to this Court pursuant to an Order of Reference entered by Judge Nottingham on April 2, 2008. Today, the parties appeared for a Scheduling Conference; however, the parties agreed that this case is in the nature of an administrative appeal, with no discovery necessary (although Plaintiff reserved the right to comment on the completeness of the administrative record when it is filed). The parties stipulated to the following briefing schedule for this case, which this Court **recommends** to the District Judge:

    Filing of Answer
    and Administrative Record:    30 days following the District Court's disposition of the motions to dismiss (Docket ## 31 & 33), if any part of the case remains pending

    Opening Brief:    60 days following the Answer

| | |
|---|---|
| Response Briefs: | 45 days following the Opening Brief |
| Reply Brief: | 20 days following the Response Brief |

Dated this 24th day of April, 2008 in Denver, Colorado.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge