IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–02244–EWN–MEH

LOWER ARKNASAS VALLEY WATER
CONSERVANCY DISTRICT, a quasi-municipal
corporation and political subdivision of the State of
Colorado,

    Plaintiff,

v.

UNITED STATES OF AMERICA;
DIRK KEMPTHONE, Secretary of the Interior, in his
official capacity;
ROBERT W. JOHNSON, Commissioner, Bureau of
Reclamation, in his official capacity;
MICHAEL J. RYAN, Regional Director, Bureau of
Reclamation, in his official capacity; and
U.S. BUREAU OF RECLAMATION, a federal agency,

    Defendants.

---

**ORDER**

---

    This matter comes before the court on the "Recommendation Concerning Scheduling,"

(#63, filed April 24, 2008) issued by Magistrate Judge Hegarty. It is

    **ORDERED** as follows:

    The court hereby adopt the magistrate judge's scheduling recommendation (#63) and

enters it as a court order.

**SO ORDERED.**

Dated this 25th day of April, 2008.

                                        BY THE COURT:

                                        <u>s/ Edward W. Nottingham</u>
                                        EDWARD W. NOTTINGHAM
                                        Chief United States District Judge