IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-02244-PAB-MEH

LOWER ARKANSAS VALLEY WATER CONSERVANCY DISTRICT, a quasi-municipal corporation and political subdivision of the State of Colorado,

    Plaintiff,

ARKANSAS NATIVE, LLC, a Colorado corporation,

    Plaintiff-Intervenor,

        v.

UNITED STATES OF AMERICA,
DIRK KEMPTHORNE, Secretary of the Interior, in his official capacity,
ROBERT W. JOHNSON, Commissioner, Bureau of Reclamation, in his official capacity,
MICHAEL J. RYAN, Regional Director, Bureau of Reclamation, in his official capacity, and
U.S. BUREAU OF RECLAMATION, a federal agency,

    Defendants,

CITY OF AURORA, acting by and through its Utility Enterprise,

    Defendant-Intervenor.
_____

# ORDER
_____

    This matter is before the Court on the Joint Motion of the United States, Lower Arkansas Valley Water Conservancy District, and the City of Aurora for Reconsideration of Order Denying Joint Motion to Extend Current Briefing Schedule filed on April 15, 2009 [Docket No. 108]. Plaintiff-intervenor Arkansas Native, LLC filed a response [Docket No. 111] to the motion for reconsideration. Plaintiff Lower Arkansas Valley

Water Conservancy District, defendant United States, and defendant-intervenor City of Aurora (referred to herein as the "Movants") have filed a reply [Docket No. 112].

On April 13, 2009, the Court denied the Joint Motion of the Lower Arkansas Valley Water Conservancy District, the United States, and the City of Aurora to Extend the Current Briefing Schedule [Docket No. 103]. As noted in that Order [Docket No. 106], the Court's Practice Standards state that "[m]otions for extension of time require a showing of good cause, which must be established with particularity." The Movants' only argument to extend the briefing schedule was to do so "while the Court considers the Motion for Stay." Docket No. 103 at 2, 3. Since Movants did not explain why the Court could not consider both the motion to stay and the parties' briefs on the merits simultaneously, the Court denied the motion.

In their motion for reconsideration, Movants claim that the Court has "misapprehended the facts and position of the parties." Motion for Reconsideration at 3. It is, of course, difficult to apprehend facts and positions that are not stated. Moreover, one would think that the length of Movants' motion for reconsideration (seven pages) might call into question the sufficiency of their motion for extension (two paragraphs of "discussion"). Although Movants' attempt to defend the motion for extension is woeful, the motion for reconsideration does, in fact, state good cause for extending the briefing schedule. Moreover, since the Court's denial of the motion for extension, the Movants have filed their Joint Motion for Stay [Docket No. 110]. The Court agrees, as do all the parties, including Arkansas Native, LLC, that it is appropriate to consider the motion for stay before completing the briefing on the merits. The Court

will therefore suspend the briefing on the merits until such time as the Court resolves the motion to stay.  Accordingly, it is

**ORDERED** that the Joint Motion of the United States, Lower Arkansas Valley Water Conservancy District, and the City of Aurora for Reconsideration of Order Denying Joint Motion to Extend Current Briefing Schedule filed on April 15, 2009 [Docket No. 108] is granted.  It is further

**ORDERED** that Arkansas Native shall file its response brief to the motion to stay [Docket No. 110] on or before **May 5, 2009**.  The Movants shall file their reply brief on or before **May 11, 2009**.  It is further

**ORDERED** that a hearing on the motion to stay [Docket No. 110] is set for **10:30 a.m. on Thursday, May 14, 2009** in Courtroom A601 before Judge Philip A. Brimmer.  It is further

**ORDERED** that briefing on the merits, as set forth in the Court's Order of March 3, 2009, is suspended until further order of the Court.

DATED April 23, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge