# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: May 14, 2009  
Time: one hour and 2 minutes

**CASE NO.  07-cv-02244-PAB-MEH**

<u>Parties</u>

**LOWER ARKANSAS VALLEY WATER CONSERVATION DISTRICT, and ARKANSAS NATIVE, LLC,**

<u>Counsel</u>

Peter Nichols  
Robert Trout  
Sarah Klahn

Plaintiff (s),

vs.

**UNITED STATES OF AMERICA,  
DIRK KEMPTHORNE,  
ROBERT W. JOHNSON,  
MICHAEL J. RYAN,  
U.S. BUREAU OF RECLAMATION,  
CITY OF AURORA,**

James DuBois  
Stuart Somach

Defendant (s).

## HEARING ON MOTION FOR STAY

**10:33 a.m.    COURT IN SESSION**

Page Two
07-cv-02244-PAB-MEH
May 14, 2009

APPEARANCES OF COUNSEL.

**Joint Motion of the United States, The Lower Arkansas Valley Water Conservancy District, and The City of Aurora for Stay (Doc #110), filed 4/15/09.**

**10:35 a.m.**   Argument by Mr. Nichols. Questions by the Court.

**10:53 a.m.**   Argument by Mr. Somach.  Questions by the Court.

**11:08 a.m.**   Argument by Ms. Klahn.  Questions by the Court.

**11:24 a.m.**   Rebuttal argument by Mr. Nichols.

**11:26 a.m.**   Rebuttal argument by Mr. Somach.

Court states its findings and conclusions.

**ORDERED:**   Joint Motion of the United States, The Lower Arkansas Valley Water Conservancy District, and The City of Aurora for Stay (Doc #110),   filed 4/15/09 is **GRANTED.**  Written order shall issue.

**ORDERED:**   Plaintiff Lower Arkansas Valley Water Conservancy District's Motion to Dismiss Claim of Violation of Water Supply Act of 1958 Without Prejudice (Doc #109), filed 4/15/09 is **GRANTED WITHOUT PREJUDICE.**

**11:35 a.m.**   **COURT IN RECESS**

**Total in court time:**        62 minutes

**Hearing concluded**