**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02244-PAB-MEH

LOWER ARKANSAS VALLEY WATER CONSERVANCY DISTRICT, a quasi-municipal corporation and political subdivision of the State of Colorado,

    Plaintiff,

ARKANSAS NATIVE, LLC, a Colorado corporation,

    Plaintiff-Intervenor,

        v.

UNITED STATES OF AMERICA,
DIRK KEMPTHORNE, Secretary of the Interior, in his official capacity,
ROBERT W. JOHNSON, Commissioner, Bureau of Reclamation, in his official capacity,
MICHAEL J. RYAN, Regional Director, Bureau of Reclamation, in his official capacity, and
U.S. BUREAU OF RECLAMATION, a federal agency,

    Defendants,

CITY OF AURORA, acting by and through its Utility Enterprise,

    Defendant-Intervenor.

_____

**MINUTE ORDER**
_____

**Order Entered by Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff Lower Arkansas Valley Water Conservancy District's ("Lower District") motion to dismiss its claim of violation of Water Supply Act of 1958 without prejudice [Docket No. 109]. On May 14, 2009, the Court conducted a hearing addressing, in part, plaintiff Lower District's motion to dismiss. For the reasons stated on the record in open court, it is

    **ORDERED** that plaintiff Lower District's motion to dismiss [Docket No. 109] is GRANTED. Lower District's second claim alleging that defendant United States of America and other defendants violated the Water Supply Act of 1958, 43 U.S.C. § 390b, is dismissed without prejudice.

    Dated May 14, 2009.