IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02244-PAB-MEH

LOWER ARKANSAS VALLEY WATER CONSERVANCY DISTRICT, a quasi-municipal corporation and political subdivision of the State of Colorado,

    Plaintiff,

ARKANSAS NATIVE, LLC, a Colorado corporation,

    Plaintiff-Intervenor,

        v.

UNITED STATES OF AMERICA,
DIRK KEMPTHORNE, Secretary of the Interior, in his official capacity,
ROBERT W. JOHNSON, Commissioner, Bureau of Reclamation, in his official capacity,
MICHAEL J. RYAN, Regional Director, Bureau of Reclamation, in his official capacity, and
U.S. BUREAU OF RECLAMATION, a federal agency,

    Defendants,

CITY OF AURORA, acting by and through its Utility Enterprise,

    Defendant-Intervenor.

_____

## MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    On November 15, 2010, the Court informed the parties that it would administratively close this case in thirty days. Therefore, it is

    **ORDERED** that this case is administratively closed. The parties shall continue to file status reports every six months and may seek leave to reopen this matter upon a showing of good cause.

    DATED December 15, 2010.