IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-02244-PAB-MEH

LOWER ARKANSAS VALLEY WATER CONSERVANCY DISTRICT, a quasi-municipal corporation and political subdivision of the State of Colorado,

    Plaintiff,

ARKANSAS NATIVE, LLC, a Colorado corporation,

    Plaintiff-Intervenor,

    v.

UNITED STATES OF AMERICA,
DIRK KEMPTHORNE, Secretary of the Interior, in his official capacity,
ROBERT W. JOHNSON, Commissioner, Bureau of Reclamation, in his official capacity,
MICHAEL J. RYAN, Regional Director, Bureau of Reclamation, in his official capacity, and
U.S. BUREAU OF RECLAMATION, a federal agency,

    Defendants,

CITY OF AURORA, acting by and through its Utility Enterprise,

    Defendant-Intervenor.

_____

**ORDER**
_____

    This matter comes before the Court on plaintiff-intervenor Arkansas Native, LLC's unopposed motion to dismiss with prejudice its complaint in intervention [Docket No. 137]. Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is

    **ORDERED** that Arkansas Native's unopposed motion to dismiss with prejudice its complaint in intervention [Docket No. 137] is GRANTED. Arkansas Native's complaint in intervention [Docket Nos. 27, 90] is dismissed with prejudice. This matter

otherwise remains administratively closed pursuant to the Court's December 15, 2010 order [Docket No. 136].

DATED April 22, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge