IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-02244-PAB-MEH

LOWER ARKANSAS VALLEY WATER CONSERVANCY DISTRICT, a quasi-municipal corporation and political subdivision of the State of Colorado,

    Plaintiff,

        v.

UNITED STATES OF AMERICA,
KEN SALAZAR, Secretary of the Interior, in his official capacity,
MICHAEL L. CONNOR, Commissioner, Bureau of Reclamation, in his official capacity,
MICHAEL J. RYAN, Regional Director, Bureau of Reclamation, in his official capacity, and
U.S. BUREAU OF RECLAMATION, a federal agency,

    Defendants,

CITY OF AURORA, acting by and through its Utility Enterprise,

    Defendant-Intervenor.

_____

**ORDER**
_____

This administratively closed matter is before the Court on the stipulation for dismissal with prejudice [Docket No. 140] filed by plaintiff the Lower Arkansas Valley Water Conservancy District and defendant-intervenor City of Aurora; the joint motion for dismissal with prejudice filed by plaintiff, defendant United States of America, and the City of Aurora [Docket No. 141], and the stipulation for dismissal with prejudice [Docket No. 142] file by plaintiff and defendants United States of America, Ken Salazar, Michael L. Connor, Michael J. Ryan, and the U.S. Bureau of Reclamation.  Having reviewed the joint motion and stipulations, it is

**ORDERED** that the Joint Motion of the Lower Arkansas Valley Water Conservancy District, the United States, and the City of Aurora for Dismissal with Prejudice [Docket No. 141] is GRANTED.  It is further

**ORDERED** that all of the parties' claims in this case are dismissed with prejudice, each party to pay its own fees and costs.

DATED December 6, 2011.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge